IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CV-685-M-KS

| | | |
|---|---|---|
| RONALD HUGH HUTTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| U.S. DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, *et al.*, | ) | |
| Defendants. | ) | |

The documents in the above captioned matter, received by the court on 12/2/2024 are

deficient in the following respects:

☒ You must either file a properly completed application to proceed without prepayment of fees or pay the $405.00 filing fee. The form previously filed in the US District Court for the Middle District of Georgia is not proper for this district.

☐ The complaint is not signed. *See* Fed. R. Civ. P. 11(a).

☐ The application to proceed without prepayment of fees does not have an original signature.

☐ Not all sections of the application to proceed without prepayment of fees have been completed.

☐ The filing entitled "Click or tap here to enter text." is not signed.

☒ You have not provided a financial disclosure statement.

☐ You have not provided a civil cover sheet.

☒ You have not provided a notice of self-representation.

☒ You have not provided appropriate summonses for service of this action.

☒ The defendants include a government agency or employee, and summonses are required for the agency or employee, the U.S. Attorney General, and the U.S. Attorney Civil Process Clerk.

☐ The U.S. Marshal will be unable to effect service upon defendant due to insufficient address information included on the summons.

☐ Other: Click or tap here to enter text.

Plaintiff is ORDERED to correct any deficiencies listed above and return the corrected document(s) no later than **December 30, 2024.**

**Failure to correct the noted deficiencies as ordered herein may result in dismissal of this action without prejudice for failure to prosecute or for failure to comply with the court's order**.

SO ORDERED, this 11th day of December 2024.

KIMBERLY A. SWANK
United States Magistrate Judge